# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **OHIO LEGAL RIGHTS SERVICE** | : | Case No. 1:12-cv-502 |
| | : | |
| Plaintiffs | : | |
| | : | Judge Spiegel |
| -v- | : | |
| | : | Magistrate Judge Litkovitz |
| **SUNSHINE GROUP HOME, ET AL.** | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Ohio Legal Rights Service, hereby voluntarily dismisses, without prejudice, its claims against Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

/s/ Susan G. Tobin
Susan G. Tobin (0021725)
Chief Legal Counsel
Ohio Legal Rights Service
50 W. Broad Street, Suite 1400
Columbus, Ohio  43215-5923
Telephone:  (614) 466-7264, ext. 132
Facsimile:  (614) 644-1888
stobin@olrs.state.oh.us

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Plaintiff's Notice of Voluntary Dismissal Without Prejudice was filed on September 24, 2012, with the Clerk of Court using the CM/ECF system, which will provide notice of such filing to all registered parties.

/s/ Susan G. Tobin
Susan G. Tobin (0021725)